UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-30017-MGM |
| | ) | |
| DARTANYAN GASANOV, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO TRAVEL FOR PURPOSES OF SELF-REPORTING**

The Defendant, Dartanyan Gasanov, by and through undersigned counsel, hereby moves this Court for an order modifying his terms of pretrial release to permit him to travel outside of Massachusetts for purposes of self-reporting for a court ordered evaluation to be conducted at the MCC-Chicago. Mr. Gasanov seeks leave to travel to New Haven, Connecticut, for purposes of boarding Avelo airline flight 421 which is scheduled to depart from New Haven at 4:10 pm on August 3, 2026, and arrive in Chicago at 6:03 pm. Mr. Gasanov arranged for travel on August 3, 2026, to be sure that he will be able to report on August 4, 2026, for purposes of his court-ordered evaluation. He also reportedly made a booking at a place for overnight accommodations at 24 East Ida B. Wells Drive, Chicago, Illinois, from August 3, 2026, to August 4, 2026, because he was unclear as to whether he would be able to report one day early at the MCC-Chicago.

**Local Rule 7.1 Certification.** Counsel for Mr. Gasanov conferred with the government, by and through AUSA Thomas Barnico, and can report that the government assents to this motion.

WHEREFORE, for the foregoing reasons, Mr. Gasanov requests that this Court allow this motion and order that the conditions of his pretrial release be modified to permit him to travel and stay in Chicago on August 3, 2026, as referenced above to facilitate his self-reporting

to the MCC-Chicago for his court-ordered evaluation.

Respectfully submitted,

DARTANYAN GASANOV

By: *<u>/s/ Thomas J. O'Connor, Jr.</u>*
Thomas J. O'Connor, Jr., Esq.
BBO 640433
Federal Defender Office
Western Massachusetts Office
1 Federal Street, Bldg. 101-3W
Springfield, MA 01105
(617) 699-3926 Tel.
Tom_OConnor@fd.org

<u>CERTIFICATE OF SERVICE</u>

I, Thomas J. O'Connor, Jr., Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 31, 2026.

*<u>/s/ Thomas J. O'Connor, Jr.</u>*
Thomas J. O'Connor, Jr.