UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-30017-MGM |
| | ) | |
| | ) | |
| 2) DARTANYAN GASANOV | ) | |
| Defendant. | ) | |

**ORDER OF EXCLUDABLE DELAY**

The government has moved for an order of excludable delay under the Speedy Trial Act that the time from July 29, 2026, the date of expiration of the current period of excludable delay, to September 9, 2026, the date of the next status hearing, from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act. The attorney for the Defendant, Thomas J. O'Connor, assents to this motion.

The Court finds that the time from July 29, 2026 to September 9, 2026 is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A).

MARK G. MASTROIANNI
UNITED STATES DISTRICT JUDGE

Dated:
8/17/26