UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 21-30017-MGM |
| DARTANYAN GASANOV, | * | |
| | * | |
| Defendant. | * | |

ORDER
August 27, 2026

MASTROIANNI, U.S.D.J.

It is ORDERED that Dartanyan Gasanov ("Defendant") be permitted to return to the District of Massachusetts from the MCC-Chicago following his release from the facility upon the completion of his examination, conducted pursuant to this court's June 17, 2026, order (Dkt. No. 305), by his own means and not in the custody of the U.S. Marshals.

It is further ORDERED that the terms of Defendant's pretrial release be modified to permit him to travel back to the District of Massachusetts from Illinois.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge